UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TODD LEE, | |
|---|---|
| Petitioner, | Case No. 18-05023 BLF (PR) |
| v. | **JUDGMENT** |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

For the reasons stated in the order granting Respondent's motion to dismiss, this case is DISMISSED WITH PREJUDICE.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 30, 2019

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.18\05023Lee_judgment